1018

**EMPIRE BRASS MFG. CO. v. Albert C. BROWN.**

Circuit Court of Appeals, Sixth Circuit.
June 29, 1929.

No. 4817.

See, also, 33 F.(2d) 548.

Chas. W. Hills and Chas. W. Hills, Jr., both of Chicago, Ill., for appellant.

Squire, Sanders & Dempsey, of Cleveland, Ohio, and Munday, Clarke & Carpenter, of Chicago, Ill., for appellee.

PER CURIAM. Dismissed for lack of prosecution without prejudice to motion to reinstate.

**Frank W. EMSLIE v. John LUKACHEJDA and Ella Lukachejda, Bankrupts.**

Circuit Court of Appeals, Sixth Circuit.
June 29, 1929.

No. 5346.

Charles S. Sheppard of Cambridge, Ohio, and Robert L. Carr, of Cleveland, Ohio, for appellant.

George D. Dugan, of Cambridge, Ohio, for appellee.

PER CURIAM. Decree of District Court affirmed.

**Catherine FLYNN ex rel. CHEUNG GING HONG, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.**

Circuit Court of Appeals, First Circuit.
April 16, 1929.

No. 2330.

E. F. Damon and Walter Bates Farr, both of Boston, Mass., for appellant.

Frederick H. Tarr, U. S. Atty., and John W. Schenck, Asst. U. S. Atty., both of Boston, Mass., for appellee.

Before BINGHAM and ANDERSON, Circuit Judges, and MORRIS, District Judge.

PER CURIAM. Order entered dismissing the appeal and affirming the decree of the District Court.

**Catherine FLYNN ex rel. CHIN JUNG DEW, Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.**

Circuit Court of Appeals, First Circuit.
August 19, 1929.

No. 2379.

E. F. Damon, of Boston, Mass., for appellant.

Frederick H. Tarr, U. S. Atty., and John W. Schenck, Asst. U. S. Atty., both of Boston, Mass., for appellee.

PER CURIAM. On motion of appellee, case docketed and dismissed for want of prosecution.

**Catherine FLYNN ex rel. HAM SHY LIN et al., Petitioner, Appellant, v. Anna C. M. TILLINGHAST, U. S. Commissioner of Immigration, Respondent, Appellee.**

Circuit Court of Appeals, First Circuit.
June 25, 1929.

No. 2369.

E. F. Damon, of Boston, Mass., for appellant.

Frederick H. Tarr, U. S. Atty., and John W. Schenck, Asst. U. S. Atty., both of Boston, Mass., for appellee.

PER CURIAM. On motion of appellee, case docketed and dismissed for want of prosecution.